Charles H. McCrea (SBN # 104)
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, Nevada 89101
Main:  702.834.8777
Direct: 702.834.5677
Fax:     702.834.5262
Email: chm@hmlawlv.com

*Attorneys for RELIASTAR LIFE INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY,<br><br>                        Plaintiff,<br><br>v.<br><br>GRAND HILLS RESORT AND COUNTRY CLUB, INC., et al.<br><br>                        Defendants. | Case No. 2:14-cv-01157<br><br>**STIPULATION AND AMENDED ORDER GRANTING INTERPLEADER, DEPOSITING OF DISPUTED FUNDS, DISMISSAL, AND ATTORNEYS' FEES** |

### STIPULATION AND [PROPOSED] ORDER GRANTING OF INTERPLEADER, DEPOSITING OF DISPUTED FUNDS, DISMISSAL, AND ATTORNEY'S FEES

This matter comes before the Court upon the agreement of the parties.  The parties agree that ReliaStar shall deposit the $600,000.00, plus any applicable interest, less the sum of $2,500.00 awarded as reasonable attorneys' fees and costs (hereinafter, the "Disputed Funds"), into the Court Registry and be discharged from the action.

The Court finds that ReliaStar has met the requirements under Fed. R. Civ. P. 22 and properly filed its Complaint in Interpleader.

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 S. 4th ST., STE. 320
LAS VEGAS,
NEVADA 89101
702.834.8777

4

The Court also finds that ReliaStar should be discharged from all liability as to the Disputed Funds.

The Court also finds that ReliaStar is faced with the possibility of multiple liability and incidental costs with respect to the Disputed Funds, and that ReliaStar shall deposit the Disputed Funds into the Registry of the Court.

The Court further finds that ReliaStar has incurred, and is entitled to recover, reasonable attorney fees and costs in pursuing this action in the amount of $2,500.00.

The Court also finds that ReliaStar offered to, and is ready to, deposit with the Court the Disputed Funds.

The Court further finds that ReliaStar did not unreasonably delay in the filing of its Complaint in Interpleader.

Finally, the Court finds that that all parties named in this proceeding and/or all persons or entities claiming, at any time, an interest in the Disputed Funds should be enjoined from instituting, maintaining, or pursuing any further or future claim, action, or proceeding against ReliaStar, or any other entity, as to the Disputed Funds.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that:

(a) ReliaStar is to deposit $600,000.00, plus interest in the amount of $37,085.92, within thirty (30) days of the execution of this order less the sum of $2,500.00, for a total deposit in the amount of $634,585.92, into the Court Registry within thirty (30) days of the execution of this order;

(b) Upon the deposit of the Disputed Funds, ReliaStar is discharged from any liability as to the Disputed Funds; and

(c) This Stipulation and Order is limited to dismissal of ReliaStar with regard to the Disputed Funds only and in no way limits ReliaStar's potential liability with

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 S. 4th ST., STE. 320
LAS VEGAS,
NEVADA 89101
702.834.8777

4

regard to any amount in excess of the Disputed Funds.

(d) ReliaStar is hereby dismissed without prejudice from this case and shall no longer remain a party to the instant litigation.

Dated January 27, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED AND ACCEPTED:

HEJMANOWSKI & MCCREA LLC

By: /s/Charles H. McCrea
Charles H. McCrea (SBN 104)
520 South Fourth Street, Suite 320
Las Vegas, Nevada 89101

*Attorneys for ReliaStar Life Insurance Company*

HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON

By: /s/Donna Wittig
F. Thomas Edwards (Nevada Bar No. 9549)
Donna Wittig (Nevada Bar No. 11015)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorney for Defendant Patrick Howerter*

COHEN | JOHNSON

By: /s/H. Stan Johnson
H. Stan Johnson (Nevada Bar No. 00265)
255 E. Warm Springs Road
Suite 100
Las Vegas, Nevada 89119

*Attorney for Defendants Grand Hills Resort and Country Club, Inc.*

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 S. 4th ST., STE. 320
LAS VEGAS,
NEVADA 89101
702.834.8777

4

# CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(b), I hereby certify that I am an employee of HEJMANOWSKI & McCREA LLC and that on this 20th day of January, 2015, I caused documents entitled **STIPULATION AND [PROPOSED] AMENDED ORDER GRANTING INTERPLEADER, DEPOSITING OF DISPUTED FUNDS, DISMISSAL, AND ATTORNEYS' FEES** to be served as follows:

[X]     by depositing same for mailing in the United States Mail, in a sealed envelope addressed to:

| | |
|---|---|
| H. Stan Johnson (SBN # 265) | F. Thomas Edwards (SBN # 9549) |
| Brian A. Morris (SBN #11217) | Donna M. Wittig (SBN #11015) |
| COHEN JOHNSON | HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON |
| 255 E. Warm Springs Road, Suite 100 | 400 South Fourth Street, Third Floor |
| Las Vegas, Nevada 89119 | Las Vegas, Nevada 89101 |

[]     pursuant to FED. R. CIV. P. 5(b)(2)(D) to be sent via facsimile as indicated:

[]     to be hand delivered to:

and/or

[X]     by the Court's CM/ECF System.

/s/Charles H. McCrea
An Employee of
HEJMANOWSKI & McCREA LLC