UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>GRAND HILLS RESORT AND COUNTRY CLUB, INC. and PATRICK HOWERTER,<br><br>Defendant(s). | Case No. 2:14-CV-1157 JCM (PAL)<br><br>ORDER |

Presently before the court is defendant Patrick Howerter's ("Howerter") motion for disbursement of interpleaded funds. (Doc. # 43). On July 22, 2015, defendant Grand Hills Resort and Country Club, Inc. ("Grand Hills") filed a non-opposition to the notice. (Doc. # 47).

On July 14, 2014, Reliastar Life Insurance Company ("Reliastar") filed the instant case, interpleading Howerter and Grand Hills as defendants. (Doc. # 1). On February 2, 2015, Reliastar deposited $634,585.92 with the court in exchange for being dismissed from the instant case. (Doc. # 25). Reliastar was dismissed from this action on December 8, 2014. (Doc. # 21).

On December 24, 2014, Howerter moved for summary judgment. (Doc. # 22). On March 27, 2015, the court granted the motion. (Doc. # 34). On the same date, the clerk entered judgment in favor of Howerter in the amount of $634,585.92. (Doc. # 35).

On April 10, 2015, Grand Hills filed a notice of appeal. (Doc. # 36). On the same date, Grand Hills filed a motion to stay execution of judgment without bond pending appeal. (Doc. # 37). On June 19, 2015, the court denied the motion. (Doc. # 42).

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

On July 15, 2015, the Ninth Circuit entered an order granting Grand Hills's motion to voluntarily dismiss the appeal. (Doc. # 44). On July 20, 2015, the court entered an order on the Ninth Circuit's mandate. (Doc. # 46).

Considering the Ninth Circuit's order and the instant unopposed motion, the court will grant the motion and allow release of the interpleaded funds in this case.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Patrick Howerter's motion for disbursement of interpleaded funds, (doc. # 43), be, and the same hereby is, GRANTED.

DATED July 24, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -